DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAMIEN GILLIAMS,**
Appellant,

v.

**TRACEY COLE,** Chair of Sebastian Voters Against Gilliams and Parris,
**CITY CLERK JEANETTE WILLIAMS,** and **LESLIE ROSSWAY SWAN,**
Indian River County Supervisor of Elections**,**
Appellees.

No. 4D20-1970

[June 24, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 31-2020-CA-000475.

Elaine L. Thompson, Brandon, for appellant.

Andrea G. Amigo and Lyman H. Reynolds, Jr. of Roberts Reynolds Bedard & Tuzzio, PLLC, West Palm Beach, for appellee City Clerk Jeanette Williams.

Dylan Reingold, County Attorney, Vero Beach, for appellee Leslie Rossway Swan, Indian River County Supervisor of Elections.

No appearance for appellee Tracey Cole, Chair of Sebastian Voters against Gilliams and Parris.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***